# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRAL C. JACKSON, JR. AND
PERFECT 10 PRODUCTIONS, LLC

NO.  2025 CW 0594

VERSUS

SMG AND THE CITY OF BATON
ROUGE/PARISH OF BATON ROUGE

**AUGUST 12, 2025**

---

In Re:    The City of Baton Rouge/Parish of East Baton Rouge,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 648070.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **WIL**
                              **EW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT